MILLIE SERAFINI, as Administratrix, etc., of JOHN B. SERAFINI, Deceased, Respondent, Appellant, v. LEON HARRIS, Appellant, Respondent.— Order setting aside the verdict in favor of defendant and granting plaintiff a new trial unanimously affirmed, without costs. Appeal by plaintiff from the order denying her motion to resettle said order dismissed, without costs. No opinion. Present — Young, Hagarty, Carswell, Scudder and Davis, JJ.

JOSEPH SIROTA, Respondent, v. SAMUEL BUSKER, Appellant.— Appeal dismissed, with costs, appellant having failed to appear or to file a brief. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Tompkins, JJ.

TIMKEN SILENT AUTOMATIC COMPANY, Appellant, v. LAURA BLACKBURNE, Respondent.— Judgment of the County Court of Nassau county unanimously affirmed, with costs. No opinion. Present — Young, Hagarty, Carswell, Scudder and Davis, JJ.

FRANCESCO VOLPICELLA, Respondent, v. DOROTHY VOLPICELLA, Appellant.— Order denying defendant's motion to open her default and vacate judgment affirmed, without costs. No opinion. Young, Hagarty, Carswell, Scudder and Davis, JJ., concur.

MARTIN VON OEHSEN and Another, Respondents, v. EDWARD L. BARTLEY, Appellant, and Others, Defendants.— Order granting plaintiffs' motion for a bill of particulars affirmed, with ten dollars costs and disbursements; the particulars to be furnished within five days from the entry of the order herein. No opinion. Young, Hagarty, Carswell, Scudder and Davis, JJ., concur.

BETTY WEINBERG and Others, Respondents, v. DAVID SEROTA, Appellant, and MICHAEL CAPORALE, Defendant.— As to plaintiffs Abraham Weinberg and Sarah Weiss judgment unanimously affirmed, without costs. As to plaintiff Betty Weinberg, judgment reversed on the law and the facts and a new trial granted, costs to abide the event, unless said plaintiff, within five days from the entry of the order herein, stipulate to reduce the verdict to the sum of $20,000; in which event the judgment as so modified is unanimously affirmed, without costs. Young, Hagarty, Carswell, Scudder and Davis, JJ., concur.

HELEN WILLINGER, an Infant under the Age of Fourteen Years, by Her Guardian ad Litem, MORRIS WILLINGER, and Others, Respondents, v. MATILDA JACOBSON, Defendant, Impleaded with MARTIN C. STRAUSS and Another, Appellants.— Order granting plaintiffs' motion to open their default affirmed, with ten dollars costs and disbursements. Appeal from order denying the motion of defendants Strauss and Morell for a reargument dismissed. No opinion. Lazansky, P. J., Young, Kapper and Davis, JJ., concur; Tompkins, J., not voting.

WINDSOR INVESTING CORPORATION, Respondent, v. EMERALD REALTY COMPANY, Respondent, Impleaded with 141 CONSTRUCTION CORPORATION and Another, Appellants.— Judgment of the Emerald Realty Company against 141 Construction Corporation and the order denying a new trial unanimously affirmed, with costs. No opinion. The appeal as against the plaintiff has been discontinued by stipulation and order. Present — Young, Hagarty, Carswell, Scudder and Davis, JJ.